IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RASHID RAEKWON GREEN,

    Plaintiff,

v.

P.R.E.A., et al.,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-172

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 21, 2019, Report and Recommendation, (doc. 6), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 6), as the opinion of the Court and **DISMISSES** Plaintiff's claims for money damages as well as his claims against or pursuant to the PREA.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA