IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RASHID RAEKWON GREEN,

    Plaintiff,

v.

STG HARN, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-172

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs, in part, with the Magistrate Judge's October 13, 2020, Report and Recommendation, (doc. 21), to which the plaintiff did not file objections. The Report and Recommendation recommended dismissal both for plaintiff's failure to keep the Court apprised of a current address as well as his failure to respond to defendant's motion for summary judgment. (Doc. 21.) The Court adopts the Report and Recommendation only as to the dismissal for failing to keep the Court apprised of his current address. Regardless, this failure to follow a court order is an independent ground for dismissal and plaintiff's case should be **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 20th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA